UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA DIVISION

| | |
|---|---|
| DALE STEWART,<br>Plaintiff | CIVIL DOCKET NO. 1:20-CV-511-P |
| VERSUS | JUDGE DRELL |
| F.B.O.P., *ET AL.*,<br>Defendant | MAGISTRATE JUDGE PEREZ-MONTES |

## JUDGMENT

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein (ECF No. 7), noting the absence of objection thereto, and concurring with the Magistrate Judge's findings under the applicable law;

IT IS ORDERED that the Complaint (ECF No. 1) is hereby DENIED and DISMISSED, in part WITH PREJUDICE under 28 U.S.C. §§ 1915(e)(2) and 1915A, and in part WITHOUT PREJUDICE FOR LACK OF JURISIDICTION.

THUS DONE AND SIGNED, at Alexandria, Louisiana, on this 2ND day of June, 2020.

DEE D. DRELL
UNITED STATES DISTRICT JUDGE